UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JARRED C. SIMMONS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-6254** |
| **JOSEPH LOPINTO, et al.** | **SECTION "G"(5)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff Jarred C. Simmons' claims against Defendants Jefferson Parish Sheriff Joseph P. Lopinto, Chief Sue Ellen Monfra, and Deputy A. Sylvester of the Jefferson Parish Correctional Center are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

**NEW ORLEANS, LOUISIANA,** this 2nd day of November, 2018.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT JUDGE**